■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. NOWICKI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL W. NOWAK, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's claim that the plea colloquy was inadequate has not been preserved for appellate review and, at any rate, is lacking in merit. Defendant failed to move to withdraw his plea and, indeed, made four postjudgment motions (CPL 440.10, 440.30) without challenging the adequacy of the plea. In addition, it was unnecessary for defendant to admit all elements of the crimes because this was a bargained plea to lesser offenses than those with which he was charged. With respect to his sentence, the court promised only that defendant would receive credit for time served in accordance with applicable provisions of law. He received the credit allowable. (Appeal from judgment of Erie County Court, Forma, J.—attempted criminal possession of forged instrument, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER DE WOLF, JR., Appellant.—Judgment unanimously reversed on the law, defendant's guilty plea vacated and matter remitted to Monroe County Court for further proceedings, in accordance with the following memorandum: In support of his motion to withdraw his plea defendant submitted a psychiatrist's report indicating that he had a lengthy history of mental illness. The court also was aware that, when the plea was entered, defendant was under medication for treatment of schizophrenia and had frequently suffered hallucinations and paranoid delusions. Under these circumstances the court should have permitted defendant to withdraw his plea (see, CPL 220.60 [3]; People v Bryant, 66 AD2d 786; People v Williams, 46 AD2d 727). (Appeal from judgment of Monroe County Court, Egan, J.—manslaughter, first degree.) Present —Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.